Cite as 2020 Ark. App. 575

# ARKANSAS COURT OF APPEALS

No. CV-20-201

|  |  |
|---|---|
| | **Opinion Delivered:** December 9, 2020 |
| COURTNEY YOUNG<br><br>APPELLANT<br><br>V.<br><br>SHELTER MUTUAL INSURANCE COMPANY<br><br>APPELLEE | APPEAL FROM THE PHILLIPS COUNTY CIRCUIT COURT [NO. 54CV-17-324]<br><br>HONORABLE CHRISTOPHER W. MORLEDGE, JUDGE<br><br>SUPPLEMENTAL RESPONSE ORDERED |

## PER CURIAM

We have pending before this court a motion filed by the appellant, Courtney Young, to strike supplemental addendum and arguments pertaining to the supplemental addendum contained in the response brief filed by the appellee, Shelter Mutual Insurance Company. For the reasons set forth in this per curiam, we order appellee to file a supplemental response.

Appellant alleges that appellee's supplemental addendum contains documents that are not contained in the record on appeal and therefore must be struck. Appellee responded in pertinent part by stating, "There is no question Supplemental Addendum Nos. 1 through 16 were and are a part of the record." However, appellee does not identify the page numbers where these documents are located in the record on appeal. Thus, we order appellee to file a supplemental response within seven (7) calendar days and identify the page

number(s) in the record on appeal where the exhibits referred to as "Supplemental Addendum Nos. 1 through 16" are located.

Supplemental response ordered.

*David A. Hodges*, for appellant.

*Matthews, Sanders & Sayes, P.A.*, by: *James T. Sayes*, for appellee.